UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
COURT FILE NO.: CV - _____

| | |
|---|---|
| Donna M. Fuller,<br><br>    Plaintiff,<br>v.<br><br>Phillips & Cohen Associates, Ltd,<br><br>    Defendant. | 11-CV-2138 KHV/GLR<br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. This action arises out of Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") in its illegal efforts to collect a consumer debt.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff Donna M. Fuller, (hereinafter "Defendant") is a natural person who resides in the City of Clay Center, County of Clay, State of Kansas, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant Phillips & Cohen Associates, LTD, (hereinafter "Defendant") is a collection agency operating with an address of 1002 Justison Street, Wilmington, Delaware, 19801 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

1

## FACTUAL ALLEGATIONS

6. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a credit card ####-####-####-9362 in the approximate amount of $1450.52 , which was used to make Plaintiff's personal purchases of food, clothing, and shelter-related items.

7. Sometime thereafter, the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

### *Communication with Plaintiff*

8. On or about February 23, 2010, Defendant was notified in writing that Plaintiff was represented by counsel. See Exhibit A. The letter also included a demand that Plaintiff was cease all further contact with Defendant.

9. On March 3, 2010 Defendant contacted Plaintiff's counsel which further established notice of representation.

10. In a letter dated March 11, 2010, Defendant, in an attempt to collect this debt from Plaintiff, sent a written settlement offer to directly to Plaintiff, see Exhibit B, which was a communication in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

11. The conduct of Defendant in directly communicating with Plaintiff after clearly being informed Plaintiff was represented by counsel, was a direct violation of the FDCPA, including but not limited to 15 U.S.C. §§ 1692 b(6).

2

12. The conduct of Defendant in directly communicating with Plaintiff, after written notification that Plaintiff wanted Defendant to cease communication, was a direct violation of the FDCPA, including but not limited to 15 U.S.C. §§ 1692 c(c).

### *Summary*

13. Plaintiff clearly notified Defendant that Plaintiff was represented by counsel and that Defendant should cease all further communication with Plaintiff. Defendant continued communication even after such notifications.

### TRIAL BY JURY

14. Plaintiff is entitled to and hereby respectfully demands a trial by jury. US Const. amend. 7. Fed.R.Civ.P. 38.

### CAUSES OF ACTION

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The foregoing acts and omissions of Defendant violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

17. As a result of Defendant's violations of the FDCPA, Plaintiff is therefore entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant:

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff;

Respectfully submitted,

Dated: March 11, 2011

**AMY HUTCHENS**

By: s/Amy Hutchens
Amy Hutchens, Esq.
Attorney I.D.#19948
5510 NE Antioch
Kansas City, Missouri 64119
Telephone: (816) 645-4075
Facsimile: (866)354-8439
attorney@ahlaw.biz

**Attorney for Plaintiff**

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Kansas City, Kansas as the location for the trial in this matter.

### AMY HUTCHENS

By: s/Amy Hutchens
Amy Hutchens, Esq.
Attorney I.D.#19948
5510 NE Antioch
Kansas City, Missouri 64119
Telephone: (816) 645-4075
Facsimile: (866)354-8439
attorney@ahlaw.biz
Attorney for Plaintiff

5

# EXHIBIT A

**The Palmer Firm, P.C.**
P.O. Box 5359
Dallas, TX 75208

**PHONE NUMBER:**
(909) 581-7494

ROBERT PALMER (TX)
ROBERT FITZGERALD (TX)
JEFFREY A. SUTTON (KS)
MIRUNA MIHAI (CA)
COLLEEN A. LIBBEY (AK)
ANTHONY B. BUSH (AL)
MATT HENRY (AR)
ARTHUR P. ALLSWORTH (AZ)
EDUARDO J. CELAYA (AZ)
SHANNON M BRODERICK (CA)
WILLIAM J CAMPBELL (CA)
GREGORY M. FITZGERALD (CA)
JONATHAN A. HAGN (CO)
GLEN A. KURTIS (CT, NY)
MARK KRATTER (CT)
BEVERLY J CLARKE (CT)
JOHN J. OBRIEN (DC, PA)
MATTHEW M. CARUCCI (DE)
CARL D. BERRY (FL)
KIMBERLY SOARD (FL, TX)
CARLOS AGUILAR (FL)
DERRICK L JOHNSON (GA)
SAM BRANTLEY (GA)
COLIN K. KURATA (HI)
GREGORY MCCONVILLE (IA)
JASON RAVNSBORG (IA, SD)
WEBB T. MOULTON (ID)
MARTIN J. MARTELLE (ID)
KATHLEEN L FORD (IL)
CHRIS SHEPHERD (IL)
JOHN L. STEWART (IN)
GARY EASTMAN (KS, MO)
AMY HUTCHENS (KS, MO)
JENNIFER F. ZEIGLER (KY)
RONALD E. THORNSBERRY (KY)
BOOKER T. CARMICHAEL (LA)
REE J. CASEY (LA)
BILL CHIGNOLA (MA)
JOCELYN A. THOMSEN (MA, NH)
JOSEPH E. ASHLEY (MD)
J. DANIEL HOFFMAN (ME)
D. KEVIN DAVIS (MI)
MATTHEW S. KROHN (MN)
BRENDAN R. TUPA (MN, ND)
GREG S. KESSLER (MO)
TOMMY DEFER (MS)
HELGE NABER (MT)
KENNETH BULIE (ND)
WANDA HOWEY-FOX (NE, SD)
JEFFREY PALZER (NE)
ELIZABETH B. OLCOTT (NH)
G. RICHARD MALGRAN (NJ)
LARRY LESHIN (NM)
DAVID M. CROSBY (NV)
CHRISTIAN HARDESTY (OH)
MARTY D. MARTIN (OK)
RAYMOND GREYCLOUD (OR)
MITCHELL S. MARTIN (OR)
L. JOHNSTON-PORTER (OR, WA)
VICKI PIONTECK (PA, WI)
JASON RETTIG (PA)
PAUL G. MANNING JR. (RI)
WILLIAM L. PYATT (SC)
PETER H. ROSENTHAL (SC)
M. SEAN COLLINS (TN)
GREGORY J. ADAMS (UT)
MICHAEL O. WELLS (VA)
D. BROOKE STEPHENSON (VA)
DANIEL M. GRAY (VA)
ROGER KOHN (VT)
THOMAS NIKSA (VT)
ROBERT MITCHELL (WA)
SHERRY M. TERRELL-WEBB (WI)
SCOTT W. GAD (WI)
CHRISTOPHER K. KEATON (WV)
STEPHEN D. GREER II (WV)
GUY P. CLEVELAND (WY)
HAMPTON M. YOUNG JR. (WY)

February 23, 2010

Phillips and Cohen Associates, Ltd.
1002 Justison Street
Wilmington, DE 19801

RE:  Our Client(s)      : Donna M. Fuller
     Your Account #    : ████████9362
     Your Ref #        : 16893927

To Whom It May Concern:

    This law firm represents the above referenced consumer. Based on the information provided, our client disputes your claim and requests verification of the alleged debt. Verification should include all documents evidencing the debt including, but not limited to: any document signed by our client with respect to the debt such as contracts, notes, leases, or other written agreements; each invoice or transaction record and any other loan documents, ledgers, or other documents reflecting all consideration, payments, offsets and credits. Further, request is made for all documents that establish when the contract was breached or that demonstrate this obligation is not barred by the applicable statute of limitations.

    Unless you have initiated litigation against our client by the filing of a lawsuit, demand is made that you immediately cease all attempts to contact our client by letter, telephone, or any other medium, at our client's place of employment, home, or any other location. Should you wish to discuss this alleged debt you may do so, once the requested documentation has been delivered, by contacting our firm at the above mailing address. We request that all communication regarding this matter be conducted in writing. This letter is not to be construed as a formal appearance in any litigated matter.

    Your anticipated cooperation is greatly appreciated and we look forward to resolving this matter with you as soon as possible.

Very truly yours,

*[signature]*

Robert Palmer
The Palmer Firm, P.C.

D4006/767

**EXHIBIT B**

CENTRAL OFFICE SRVSUPPLY                               785 632 2243    P.004

FAX NO 909 581 7501       SETTLEMENT PROCESSING

Re: Client - ortfolio Asset Group
Original Creditor: Goodyear
Client Acct#: ████████9362
Phillips & Cohen Reference#: 16893927
Current Balance: $1,450.52
Savings: $290.10

**Phillips & Cohen Associates, Ltd.**
Ph 866-321-2195 ███████████
Office Hours: M-Th: 8am-9pm, Fri: 8am-8pm
Sat: 9am-12pm

Dear Donna Fuller:

**" USE YOUR TAX REFUND or OBTAIN A REFUND ANTICIPATION LOAN TO SETTLE THIS DEBT "**

and

**** SAVE $290.10 ****

Contact us toll free at 866-321-2195 to discuss payment arrangements today.

By now, you should have in your possession all of the necessary documents to file your state and/or federal tax return. Even if you have not yet received your documents, many tax services offer the opportunity to obtain a refund anticipation loan using your last pay stub.

During this tax season, we are extending an incredible offer to settle your account at a 20% savings -- That's a savings of $290.10 off of your balance! Use your tax refund or refund anticipation loan to take advantage of our generous offer to save money and resolve this account!

**Choose one of the following options:**

1) Save 20% by sending payment in the amount of $1,160.42. This will change the status of the account to "settled in full", and we will cease any further efforts to collect this account!

-- OR --

2) Send a down payment of at least 25% of the amount owed, and contact our office at 866-321-2195 to establish a repayment plan for the remaining amount.

** We reserve the right to cancel this offer if payment is not received by 03/31/10**

Various payment methods available for your convenience including: pay by check when made payable to Phillips & Cohen Associates, Ltd and mailed to 1002 Justison Street, Wilmington, DE 19801; pay by credit card by completing the attached stub and mailing; or calling our office.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.00.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

***Detach lower portion and return with payment***

Return All Payments to:
Phillips & Cohen Associates, Ltd
Mail Stop: 590
1002 Justison Street
Wilmington, DE 19801

| CHECK CARD USED FOR PAYMENT: | MasterCard | VISA | Discover |
|---|---|---|---|
| CARD NUMBER | | | |
| PHONE NUMBER (REQUIRED) | | 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE |
| SIGNATURE | | | AMOUNT PAID $ |

March 11, 2010

Donna Fuller
821 Lincoln Ave
Clay Center KS 67432-3033

Reference #: 16893927
Balance: $1,450.52

TOTAL P.004