UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

COURT FILE NO.: CV - 2:11-CV-02138-KHV -GLR

| | |
|---|---|
| Donna M. Fuller,<br><br>        Plaintiff,<br>v.<br><br>Phillips & Cohen Associates, Ltd,<br><br>        Defendant. | |

**MOTION TO DISMISS**

Pursuant to FRCP 41 (a) (1) (A), Plaintiff hereby moves this honorable Court to dismiss Plaintiff's Complaint with prejudice.

                                                      Respectfully submitted,

Dated: June 7, 2011                  **AMY HUTCHENS**

                                                      By:  s/Amy Hutchens
                                                      Amy Hutchens, Esq.
                                                      Attorney I.D.#19948
                                                      5510 NE Antioch
                                                      Kansas City, Missouri 64119
                                                      Telephone:  (816) 645-4075
                                                      Facsimile: (866)354-8439
                                                      attorney@ahlaw.biz

                                                      **Attorney for Plaintiff**